ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | : | CRIMINAL INFORMATION |
| --- | --- | --- |
| v. | : | NO. 1:11-CR-004 |
| VICTOR ALCOREZA | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about August 3, 2010, in the Northern District of Georgia, involving a matter within the jurisdiction of the Executive branch of the United States Government, the defendant, Victor Alcoreza, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations to a Special Agent of the United States Postal Inspection Service, Office of Inspector General, concerning labor and materials provided by a Government contractor in connection with the renovation of defendant Alcoreza's personal residence in 2007, and concerning the ways in which defendant Alcoreza's conduct adversely affected the competitive bidding process for one or more United States Postal Service contracts, all in violation of Title 18, United States Code, Section 1001(a)(2).

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

J. RUSSELL PHILLIPS
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar Number 576335

600 United States Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
Telephone: (404) 581-6000
Fax: (404) 581-6181

# CRIMINAL CHARGES FILED

TODAY'S DATE: January 24, 2011  DATED CHARGES FILED: January 24, 2011

USAO #: 2010R00574

CAPTION: U.S. V. ALCOREZA

COURT NUMBER: ___1:11-CR-004___     PSN Case: _

DISTRICT/MAGISTRATE JUDGE: _____Vineyard_____

**REMINDER: FORWARD AN ELECTRONIC COPY OF INDICTMENT/INFORMATION TO USAGAN-Indictments**
**Informations**

| DEFENDANT'S NAME & SEQUENCE (1, 2, etc) IN LIONS | Praecipe | Req. for Argn. | CHARGE 18:1001(a)(2) | CHARGE | CHARGE | CHARGE | CHARGE |
|---|---|---|---|---|---|---|---|
| VICTOR ALCOREZA | | | Count 1 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CHARGE TYPE (Circle)

- CO - COMPLAINT
- IN - INDICTMENT
- **IF - INFORMATION**
- CI - CITATION
- SN - SUPR INDICTMENT 1
- SN2 - SUPR INDICTMENT 2
- SN3 - SUPR INDICTMENT 3
- SN4 - SUPR INDICTMENT 4
- R2 - RULE 20
- SF - SUPR INFORMATION 1
- SF2 - SUPR INFORMATION 2
- SF3 - SUPR INFORMATION 3
- SF4 - SUPR INFORMATION 4

*INDICTMENT/INFORMATION/COMPLAINT/ETC.*
*IS UNDER SEAL ____ YES __X__ NO*

(CIRCLE ONE):     MISDEMEANOR    **FELONY**

PREPARED BY: Patty Bowden
AUSA: J. Russell Phillips

***THIS MATTER HAS VICTIMS*** ____ YES __X__ NO
*Are there organizational victims?* ____ Yes __X__ No